UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MATTHEW THEISEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:13 CV 32 CDP |
| ) | |
| STODDARD COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiffs' motion for more time to obtain substitute counsel [#52] is granted and the stay of this matter is extended to November 15, 2013.

**IT IS FURTHER ORDERED** that plaintiffs are directed that they should stop sending the court multiple copies and multiple versions of their motions, and they should stop sending the court copies of documents from other cases.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of October, 2013.