IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI,
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL THEISEN, ET AL. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:13CV32-CDP |
| ) | |
| STODDARD COUNTY SHERIFF'S ) | |
| OFFICE, ET AL., ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

**COMES NOW** Brandon C. Potter, Attorney at Law, and enters his appearance herein on behalf of Plaintiffs Michael Theisen, Matthew Theisen, Gerald Theisen, Barbara Theisen, as counsel in the above-styled matter.

WHITEAKER & WILSON, P.C.

By /s/ Brandon C. Potter
Brandon C. Potter
Missouri Bar No. 52232
*Attorney for Plaintiffs*

1848 S. Country Hill Lane
Post Office Box 3758
Springfield, MO 65808-3758
Telephone: (417) 882-7400
Facsimile: (417) 882-6101

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the United States Attorney and all other CM/ECF participants in this case.

                                              By /s/ Brandon C. Potter
                                              Brandon C. Potter
                                              Missouri Bar No. 52232
                                              *Attorney for Plaintiffs*


                                              1848 S. Country Hill Lane
                                              Post Office Box 3758
                                              Springfield, MO 65808-3758
                                              Telephone: (417) 882-7400
                                              Facsimile: (417) 882-6101