UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW THEISEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13CV32 CDP |
| | ) | |
| STODDARD COUNTY, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

I have reviewed each of Plaintiffs' motions for leave to proceed in forma pauperis, as well as Plaintiffs' joint motion for an extension of time to serve defendants Missouri Department of Mental Health and Keith Schafer, individually and as director. I find that good cause has been shown for granting these motions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motions for leave to proceed in forma pauperis [ECF Nos. 84, 86] are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for an extension of time to serve defendants Missouri Department of Mental Health and Keith Schafer, individually and as director [ECF No. 90] is **GRANTED**. Plaintiffs must serve these defendants no later than June 20, 2014.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of June, 2014.