UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MATTHEW THEISEN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:13CV32 CDP |
| STODDARD COUNTY, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

Plantiffs have filed a motion asking me to reconsider my denial of their previous motion seeking an order that a non-party produce documents. There continues to be no indication that a subpoena has been served on the non-party or that I have any legal basis whatsoever for ordering someone who is not a party to this case to do anything.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to reconsider [#143] is denied.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of February, 2016.